EDISON ELECTRIC–LIGHT CO. v. UNITED STATES ELECTRIC–LIGHTING CO.

(Circuit Court of Appeals, Second Circuit. October 22, 1892.)

No. 35.

APPEAL—PROCEEDING BELOW AFTER AFFIRMANCE—SUSPENSION OF INJUNCTION.
The affirmance, in a circuit court of appeals, of a preliminary order or interlocutory decree granting an injunction, does not deprive the circuit court of its inherent power temporarily to suspend such injunction.

Appeal from the Circuit Court of the United States for the Southern District of New York.

Motion to amend mandate on affirmance of interlocutory decree granting an injunction. Denied.

For report of the decision on appeal from the decree, see 3 C. C. A. 83, 52 Fed. 300.

Edmund Wetmore, for the motion.

Clarence A. Seward, opposed.

Before LACOMBE and SHIPMAN, Circuit Judges.

PER CURIAM. The motion to amend the form of mandate in this case by inserting a clause to the effect that the same is "without prejudice" to an application to the circuit court for a further suspension of the injunction is denied. The affirmance in this court of a preliminary order or an interlocutory decree granting an injunction does not operate to deprive the circuit court of the power, inherent in it, temporarily to suspend such injunction, upon sufficient cause shown, after proper notice, whenever the ends of justice call for the exercise of such power.